UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY POOLER (#118165)

VERSUS

ROSIE GRADNEY, ET AL

CIVIL ACTION

NO. 14-173-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 28, 2015 (doc. no. 95). The plaintiff has filed an objection which reasserts the same argument and lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Partial Summary Judgment of defendants Montria Allen, Todd Barrere, Rosie Gradney, Kirt Gurein, Eric Hinyard and Connie Tillman (doc. no. 25) is GRANTED, dismissing the plaintiff's claims asserted against the defendants in their official capacities and DISMISSING the plaintiff's claims asserted against defendant Kirt Gurein, without prejudice, for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e. Further, this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 9714 day of September, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA