UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TERRY POOLER (#118165)

VERSUS

ROSIE GRADNEY, ET AL.

CIVIL ACTION

NO. 14-173-JJB-RLB

## RULING

This matter is before the court for consideration of the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 23, 2016 (doc. no. 100). Plaintiff has filed an objection. Doc. 102.

The Report and Recommendation is correct; plaintiff's objections merely restate prior arguments.

Accordingly, the defendant's motion for summary judgment (doc. 93) is hereby GRANTED as to defendant Knox for failure to exhaust administrative remedies; and said motion is GRANTED as to the claims of deliberate indifference against defendants Gradney, Tillman, Barrere, Allen, Hinyard, and Johnson.

Plaintiff's motion (doc. 101) for extension of time is DENIED as moot.

Baton Rouge, Louisiana, this _____ day of March, 2016.

JAMES J. BRADY, DISTRICT JUDGE